Honorable Judge                                    5-14-15

I Am Writing On Behalf Of Myself To Apologize For Being Late In Filing My PDR And To Ask For A 30 Day Extension Due To The Fact That It Was Beyond My Control.

James V. Allred Unit, Iowa Park, Tx. Placed Me On What They Call Overflow Status On Apr, 15 For A Period Of 27 Days. At Witch Time I Was Unable To Use The Law Library Or Make Phone Calls To Contact A Lawyer Or Any One Else.

It Would Be Deeply Appreciated If You Extend My Time To File A Petition For Discretionary Review (PDR) For Another 30 Days Due To The Fact That It Was Not My Fault. Thank You

Sincerely

Kurley Johnson

Kurley Johnson

FILED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 19 2015

Abel Acosta, Clerk